Diane L Veteri
637 5th Avenue
Lindenwold, NJ 08021
856-417-1222 / dijohn816@aol.com

March 9, 2019

US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

**FILED**
JEANNE A. NAUGHTON, CLERK
MAR 11 2019
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

Re:   Case #: 19-10208-ABA
      Chapter 13

To whom it may concern:

I received a letter in the mail (Attachment 1) that my payment of $115 (Attachment 2) was being returned for the following reasons:

- Only owe $112
- Pay To should be to US Bankruptcy Court not Isabel Balboa (Payment 1 was made to Isabel and not returned) (Attachment 4)

I brought the money order to the bank and got a new one which was on March 7th (Attachment 3).

Today I receive an Order to Show Cause for not making my $36 payment.

I am attaching all money order receipts.

Please accept this latter as to I am paid in full.

Thank you for your time.

Respectfully,

*Diane L Veteri*

4 attachments

Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19-10208-ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Diane L. Veteri
aka DIANE VETERI
637 5th Ave
Lindenwold, NJ 08021-3507

Social Security No.:
xxx-xx-4363

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on March 4, 2019 in the amount of $ 36.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 3/19/19 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/19/19.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: March 26, 2019
Time: 10:00 am
Location: Courtroom 4B
Address:  Mitchell H. Cohen Courthouse
    1 John F. Gerry Plaza
    400 Cooper Street
    Camden, NJ 08101-2067

Dated: March 5, 2019
JAN: bc



**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

# memorandum

❏ P.O. Box 2067
Camden, NJ 08101

❏ P.O. Box 1352
Newark, NJ 07101-1352

❏ 402 East State Street
Trenton, NJ 08608

TO: Diane L. Veteri

FROM: Clerk's Office

RE: 19-10208

DATE: 3/4/19

---

Enclosed is your check or money order, number _____95184134-8_____, in the amount of _____$115.00_____. It is being returned for the following reason(s):

❏ The court does not accept personal checks. Payment must be in the form of Money Order, Cashier's Check or attorney trust account check.

❏ Your check is not signed. Please sign and return to the court.

☑ The check/money order must be made payable to: Clerk, US Bankruptcy Court.

❏ The case is dismissed or closed.

❏ No fee is required.

☑ Other  You only owe fees in the amount of $112.00 not $115.00

rev.3/19/12

*Attachment 1*

Returned

# TD Bank

**PERSONAL MONEY ORDER**

52-0133/112    95184134-8

DATE: 03/01/2019

PAY TO THE ORDER OF: Isabel C Bretón

One Hundred Fifteen AND 00/100    $115.00

NOT TO EXCEED $1,000.00    Case # 19-10208

**NON NEGOTIABLE**
PURCHASER'S SIGNATURE
CUSTOMER COPY
PURCHASER'S ADDRESS

Attachment 2



Resent 3/7



**TD Bank**

PERSONAL MONEY ORDER    52-0133/112    95291500-4

DATE: 03/07/2019

PAY TO THE ORDER OF: CLEARY, US BANKRUPTCY COURT

One Hundred Twelve AND 00/100    $112.00

**NON NEGOTIABLE**

NOT TO EXCEED $1,000.00

Case # 19-10208

CUSTOMER COPY

Attachment 3

*payment 1*

*Attachment 4*



**TD Bank**

PERSONAL MONEY ORDER    52-0133/112    95176434-3

DATE: 01/22/2019

PAY TO THE ORDER OF: [signature]    $120.00

One Hundred Twenty AND 00/100

**NON NEGOTIABLE**
PURCHASER'S SIGNATURE

NOT TO EXCEED $1,000.00    Case # 19-10208

CUSTOMER COPY
PURCHASER'S ADDRESS