Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–10208–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Diane L. Veteri
aka DIANE VETERI
637 5th Ave
Lindenwold, NJ 08021–3507

Social Security No.:
xxx–xx–4363

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 7/31/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: September 11, 2019
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 31, 2019
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 19-10208-ABA
Diane L. Veteri                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jul 31, 2019
                              Form ID: 185             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db              Diane L. Veteri,   637 5th Ave,   Lindenwold, NJ   08021-3507
aty            +KML Law Group PC,   216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
lm             +Bank of America NA,   450 American Street,   Simi Valley, CA 93065-6285
518121531      +Bank of America N.A,   c/o PennyMac Loan Services LLC,   P.O. Box 2410,
                 Moorpark, CA 93020-2410
517953210       Bank of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
517973749      +Bank of America, N.A.,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
518010611      +CCAP Auto Lease Ltd.,   P.O. BOX 961275,   FORT WORTH, TX 76161-0275
517953213       Cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
517953214       Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
517953215       Citibank North America,   Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,
                 Saint Louis, MO 63179-0034
517953218       Financial Recoveries,   200 E Park Dr,   Mount Laurel, NJ 08054-1297
517953219       Jefferson Health - New Jersey,   500 Marlboro Ave,   Cherry Hill, NJ 08002-2020
517953220       KML Law Group, P.C.,   216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
517953221       Mercury Card/Fb&T/Tsys,   PO Box 84064,   Columbus, GA 31908-4064
517953222       Mercury/Fbt,   Attn: Bankruptcy,   PO Box 84064,   Columbus, GA 31908-4064
517953223       PennyMac Loan Services, LLC,   PO Box 660929,   Dallas, TX 75266-0929
517953224       PennyMac Loan Services, LLC,   PO Box 514387,   Los Angeles, CA 90051-4387
517953225       Santander Consumer USA,   Attn: Bankruptcy,   PO Box 961245,   Fort Worth, TX 76161-0244
517953230      +Upgrade Inc,   275 Battery St Fl 23,   San Francisco, CA 94111-3366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517953212       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:48:42
                 Capital One Bank USA N,   15000 Capital One Dr,   Richmond, VA 23238-1119
517953211       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:47:43     Capital One,
                 Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
518044921      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2019 00:48:02
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517953217       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2019 00:39:52     Comenitybank/wayfair,
                 Attn: Bankruptcy Dept,   PO Box 182125,   Columbus, OH 43218-2125
517953216       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2019 00:39:53     Comenitybank/wayfair,
                 PO Box 182789,   Columbus, OH 43218-2789
518069081       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:48:50
                 Portfolio Recovery Associates, LLC,   c/o Amazon,   POB 41067,   Norfolk VA 23541
518119521       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 00:59:50
                 Portfolio Recovery Associates, LLC,   c/o Wawa,inc,   POB 41067,   Norfolk VA 23541
518068782       E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2019 00:40:15
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517953227       E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:48:27     Syncb/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
517953226       E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:32     Syncb/amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
517954665      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:32     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518119990      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:32     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517953228       E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:47:27     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
517953229       E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:46:35     Synchrony Bank/Sams,
                 Attn: Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 16
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517953231*     +Upgrade, Inc.,   275 Battery St Fl 23,   San Francisco, CA 94111-3366
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jul 31, 2019
                              Form ID: 185             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A rsolarz@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Diane L. Veteri ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```