UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Santander Consumer USA Inc. dba
Chrysler Capital as servicer for CCAP Auto Lease Ltd.
Our File No.: 49879
JM-5630

**Order Filed on October 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Diane L. Veteri

Case No.:  19-10208

Hearing Date:  10-29-2019

Judge:  ABA

Chapter:  13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Santander Consumer USA Inc. dba Chrysler Capital_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

☐ Real property more fully described as:

☑ Personal property more fully described as:

    2016 Ram
    Vehicle Identification Number
    1C6RR7FTXGS354346

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Diane L. Veteri  
    Debtor

Case No. 19-10208-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 29, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.  
db        Diane L. Veteri,   637 5th Ave,   Lindenwold, NJ  08021-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:  
      Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A rsolarz@kmllawgroup.com  
      Ronald E. Norman   on behalf of Debtor Diane L. Veteri ronaldenorman@comcast.net, dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 7